IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 1:05-CR-316 BBM |
| CLARENCE LORENZO DAVIS | |
| VIRGINIA ROSE NOVRIT | |
| OLYMPIA D. AMMONS | |
| MOHAMED BAYORH | |
| ANDRE B. BENSON | |
| RAYMOND JOSEPH COSTANZO, JR. | |
| MOHAMMAND AMIN HASSAMADI | |
| JOSEPH STERLING JETTON | |
| DAVID S. KROLL | |
| RONALD DENZIL MARTIN, JR. | |
| RICARDO ANTONIO MYRIE | |
| ATTEMERELL SMITH | |
| DARYL MAURICE SMITH | |
| FABIAN O. WITLSHIRE | |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 21 2006

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

### ORDER CERTIFYING READY FOR TRIAL

A pretrial conference was held on November 20, 2006, in the above-captioned matter. Defendants had filed pretrial motions within the time for filing motions provided in the Order scheduling the pretrial conference [Doc. No. 244]. At the pretrial conference, all pending motions were resolved.

It appearing that there are no further pretrial or discovery matters to bring before the undersigned, it is therefore **ORDERED** that these defendants be and are hereby **CERTIFIED** as ready for trial.[1]

---

[1] This Court observes that these defendants has been indicted with additional co-defendants and that matters pertaining to such co-defendants are still pending. Pursuant to 18 U.S.C. §3161 (h)(7) (the Speedy Trial Act), the time for commencing the trial of these

**SO ORDERED**, this 20th day of November, 2006.

/s/ E. Clayton Scofield III
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

---

defendants may be stayed until such time as all defendants have been certified ready for trial. Hence, it is not necessary to place the above-named defendant's case on the calendar for trial at this time. This court also observes that defendant Mohamed Bayorh is a fugitive at this time.